IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BENNIE L. KIRK                                                                    PLAINTIFF

            v.                            Civil No. 04-5262

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                         DEFENDANT

## JUDGMENT

On this 18th day of April, 2006, the Court has before it for consideration the request for

attorney's fees filed by plaintiff's attorney, Jon P. Robinson, pursuant to the Equal Access to

Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above

styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is

awarded fees in the amount of $3,059.89 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

/s/Bobby E. Shepherd
Honorable Bobby E. Shepherd
United States Magistrate Judge